In the Matter of JULES BACKMAN, Appellant, against SPENCER E. BATES et al., Constituting the Tax Commission of the State of New York, Respondents.

Argued April 16, 1953; decided July 14, 1953.

*Sol Ringel* for appellant.

*Nathaniel L. Goldstein, Attorney-General* (*John C. Crary, Jr., Wendell P. Brown* and *Robert W. Bush* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.